USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/10/2022_



jcharo@mizrahikroub.com
www.mizrahikroub.com

February 9, 2022

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Contreras v. CL Trading LLC*; Case No. *1:21-cv-09263* (AT)

Dear Judge Torres:

  We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an extension of the documents referenced in the Court's November 23, 2021, Orders (Docket #5,6). The parties request this extension since Defendant has still not been served in this case. Plaintiff has attempted to serve Defendant without success and is still in the process of ascertaining the correct address at which to serve Defendant. Therefore, the undersigned requests that the upcoming joint submissions due on February 10, 2022, be adjourned for another 30 days to allow time for Defendant to be served and to file an Affidavit of Service with the Court. This is the parties second request for such extension.

  Thank you for your consideration in this matter.

            Respectfully submitted,
            */s/ Jarrett S. Charo*
            JARRET S. CHARO

---

GRANTED. By **March 14, 2022**, the parties shall submit their joint letter and proposed case management plan. By **February 28, 2022**, Plaintiff shall file an affidavit of service with the Court. No further extension on service shall be granted absent a showing of good cause.

SO ORDERED.

Dated: February 10, 2022
   New York, New York

                  _____
                  ANALISA TORRES
                  United States District Judge